AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
11/18/03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY HARTNETT and PATRICIA HARTNETT,

Plaintiffs,

v.

CENTERPULSE ORTHOPEDICS, INC., f/k/a SULZER ORTHOPEDICS, INC.,

Defendant.

CIVIL ACTION NO.

**03 12303 WGY**

MAGISTRATE JUDGE Alexander

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Centerpulse Orthopedics Inc., as successor in interest to Sulzer Orthopedics Inc., (hereinafter "Centerpulse") hereby files this Notice of Removal of the above captioned case from the Superior Court Department, Norfolk County, where it is denominated as Civil Action No. 03-01617, to the United States District Court for the District of Massachusetts. As grounds for this removal, Defendants state as follows:

1. On or about August 29, 2003, plaintiffs Timothy Hartnett (hereinafter "Mr. Hartnett") and Patricia Hartnett (hereinafter "Ms. Hartnett") (collectively "Plaintiffs") filed a complaint in this action in the Superior Court Department of Norfolk County, Massachusetts (hereinafter "Complaint"). A true copy of the Complaint is attached hereto as Exhibit 1.

2. A summons and a copy of the Complaint was served upon defendant Centerpulse's registered agent in Massachusetts on or about November 12, 2003. A true copy of the summons is attached hereto as Exhibit 2.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

B1328068.1

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between Plaintiffs and defendant Centerpulse and because the amount in controversy exceeds $75,000.00, exclusive of interests and costs. Removal of this action is, therefore, proper pursuant to 28 U.S.C. § 1441.

5. The Complaint names Centerpulse as the sole defendant. See Complaint at ¶ 3.

6. Centerpulse is, and at the commencement of this action was, a Delaware corporation with a principal place of business located at 9900 Spectrum Drive, Austin, Texas.

7. Plaintiffs allege that both Mr. Hartnett and Ms. Hartnett are residents of 26 St. Margaret Street, East Weymouth, Norfolk County, Massachusetts. See Complaint ¶ 1.

8. Accordingly, there is complete diversity of citizenship between Plaintiffs and defendant Centerpulse because Plaintiffs and Centerpulse are citizens of different states and because Centerpulse is not a citizen of Massachusetts, the forum state.

9. In this products liability action, Plaintiffs seek compensation for injuries that Mr. Hartnett allegedly sustained as a result of a defective hip implant manufactured by Sulzer Orthopedics, which was surgically implanted into his body. Complaint ¶¶ 5-9. The Complaint contains three counts: (1) negligence; (2) breach of the express or implied warranty of merchantability; and (3) loss of consortium.

10. In their Civil Action Cover Sheet, a true copy of which is attached hereto as Exhibit 3, Plaintiffs allege that they suffered damages in excess of $80,000.00. Thus, without admitting, and expressly denying the validity of Plaintiffs' claims, the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

11. Removal of this action is, therefore, proper pursuant to 28 U.S.C. § 1441.

12. By this Notice of Removal, the Centerpulse does not waive, and expressly reserves, its right to contest service of process, personal jurisdiction, and the sufficiency of the Complaint.

13. In accordance with Local Rule 81.1, the Centerpulse will file with this Court attested copies of all records, proceedings and docket entries in the state court within thirty (30) days.

WHEREFORE, this action should be removed to the United States District Court for the District of Massachusetts.

                **CENTPULSE ORTHOPEDICS INC.**, a successor in interest to, **SULZER ORTHOPEDICS INC.**,
By their attorneys,

_____
Joseph J. Leghorn, BBO No. 292440
A. Damien Puller, BBO No. 633746
J. Christopher Allen, Jr. BBO No. 648381
**NIXON PEABODY LLP**
101 Federal Street
Boston, MA 02110
(617) 345-1000

Dated: November 18, 2003

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served by first class mail upon Charlotte Glinka, Esq., 122 Dean Street, Taunton, MA, 02780, on this 18th day of November 2003.

_____
J. Christopher Allen, Jr.