# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
IN CLERKS OFFICE

2004 JAN 26 P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

January 23, 2004

Geri M. Smith, Clerk
United States District Court
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1201

Re: MDL-1401 -- In re Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis Products Liability Litigation

*Timothy Hartnett, et al. v. Centerpulse Orthopedics, Inc.*, D. Massachusetts, C.A. No. 1:03-12303

Dear Ms. Smith:

I am enclosing one certified and additional copies of a conditional transfer order filed by the Panel in the above-captioned action on January 7, 2004. Section 1407 requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
        Deputy Clerk

Attachment

cc: Transferee Judge: Judge Kathleen McDonald O'Malley
    Transferor Judge: Judge William G. Young
    Transferor Clerk: Tony Anastas

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 7 2004

## DOCKET NO. 1401

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SULZER ORTHOPEDICS INC. HIP PROSTHESIS AND KNEE PROSTHESIS PRODUCTS LIABILITY LITIGATION

*Timothy Hartnett, et al. v. Centerpulse Orthopedics, Inc.*, D. Massachusetts, C.A. No. 1:03-12303

### CONDITIONAL TRANSFER ORDER (CTO-35)

On June 19, 2001, the Panel transferred 26 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 371 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 19, 2001, 149 F.Supp.2d 931 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 3 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST (CTO-35)
DOCKET NO. 1401
IN RE SULZER ORTHOPEDICS INC. HIP PROSTHESIS AND KNEE PROSTHESIS PRODUCTS LIABILITY LITIGATION

Charlotte E. Glinka
Keches & Mallen
122 Dean Street
Taunton, MA 02740

R. Eric Kennedy
Weisman, Goldberg & Weisman Co., L.P.A.
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Joseph J. Leghorn
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

Thomas Sheehan
Shook, Hardy & Bacon, LLP
1200 Main Street
Kansas City, MO 64105